RECEIVED

MAR 1 0 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY: _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

MELVIN LUBOM                                   CIVIL ACTION NO: 10-1823

VERSUS                                         JUDGE DONALD E. WALTER

WARDEN, LOUISIANA STATE                        MAGISTRATE JUDGE HORNSBY
PENITENTIARY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law, and noting the lack of written objections;

**IT IS ORDERED** that the Plaintiff's writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby **DENIED**. This matter is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2253(c), a Certificate of Appealability is **DENIED**.

**THUS DONE AND SIGNED**, this ___10___ day of March, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE